# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL No. 3:23-cr-064 (JAM) |
| JUSTIN McKENNEY | : | December 6, 2023 |

## DEFENDANT'S SUPPLEMENTAL MEMORANDUM

Filed herewith are two documents regarding Mr. McKenney's progress at Wyatt Detention Center. One is a certificate reflecting his participation in a sex offender treatment program since June, 2023. The other reflects his appeal of a disciplinary ticked incurred in July, 2023, leading to the warden dismissing the charge against him.

          Respectfully Submitted,

          THE DEFENDANT,
          Justin McKenney

          FEDERAL DEFENDER OFFICE

Date: December 06, 2023        /s/Charles F. Willson/s/
          Assistant Federal Defender
          10 Columbus Boulevard, 6th FL
          Hartford, CT 06107
          Phone: (860) 256-0313
          Bar No.: ct24129
          Email: charles_willson@fd.org

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 06, 2023, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/Charles F. Willson/s/
                                                    Charles F. Willson