

# DONALD W. WYATT DETENTION FACILITY
## DETAINEE DISCIPLINARY APPEAL FORM

WN 30110
REV 1/3/2023

TO: **M. Nessenger**, Warden

FROM: **Justin** (print first name) **McKenney** (print last name)  SID# **916666509**

DATE SUBMITTED TO THE HEARING OFFICER: **7/14/23**

RE: DISCIPLINARY HEARING/SANCTION APPEAL

D-Report # **0230-71-0791**   Date of Hearing: **7/13/23**

Reason for appeal: I would like to appeal my verdict for a few reasons 1 Because there was no test done on the pen body to determine if it was actually drugs when in fact I use the pen body to stir coffee and my creamer AKA the white powder 3 I'm not a trouble inmate and try my best to stay out of trouble thank you very much for your time The last time I was here last year I punched someone in the face and I only received 20 days and I was a threat to Porter so much worse than this time. Thank you very much Justin

Detainee Signature: _(signed)_

### -Warden's Decision-

I have reviewed your appeal and have made the following determination:

- ☐ I agree with the findings and sanctions of the Hearing Officer. Your appeal is denied.
- ☐ I have ordered a rehearing.
- ☒ I have reduced your sanction as follows: ~~30 days~~ 10 days to serve (1) ~~20 days suspended for 3 months.~~ (2)
- ☐ I have suspended your sanction.
- ☒ I have dismissed the charges.

Comments: _____

Warden's Signature: _(signed)_   Date: **7/17/23**

cc: Detainee
    Hearing Officer

DONALD W. WYATT DETENTION FACILITY

CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

**JUSTIN MCKENNY**

TO CERTIFY THAT HE/SHE HAS COMPLETED

TO SATISFACTION

**SEX OFFENDER TREATMENT**

ENROLLED SINCE 6/20/2023

GRANTED NOVEMBER 17, 2023

_____, LMHC

BETSY E. RICCIO, LMHC, MENTAL HEALTH COORDINATOR