UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    Case No. 3:23cr0064(JAM)

v.

JUSTIN MCKENNEY,

Defendant.

**ORDER**

This matter comes before the Court pursuant to the United States' *ex parte* Motion for

Victim Designation and Order of Defined Monetary Assistance Payment pursuant to 18 U.S.C. §

2259 (the Motion). Having considered the Motion, and good cause appearing, it is hereby

ORDERED that the following findings are made:

1. The individual listed in Exhibit A to the Government's reply, ECF No. 115 (the Victim) appeared in child pornography that has been trafficked. 18 U.S.C. § 2259(c)(3).

2. Defendant was convicted of violating 18 U.S.C. § 2252A(a)(5), which is a trafficking in child pornography offense. 18 U.S.C. § 2259(c)(3).

3. The Victim appeared in a visual depiction that shows the Victim engaged in "sexually explicit conduct," as that term is defined in 18 U.S.C. § 2256(2)(A), the Victim was a minor under the age of 18 years when the visual depiction was produced, and the Victim was harmed as a result of the defendant's commission of a crime under Chapter 110, meaning that the individual is a victim, as that term is defined in 18 U.S.C. § 2259(c)(4).

4. This finding is made solely for the purpose of determining eligibility of the Victim in this request for Defined Monetary Assistance and is not to be used in any proceeding against the Defendant.

Additionally, the Court, having reviewed the Motion for payment of Defined Monetary

Assistance under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018

pursuant to 18 U.S.C. § 2259, grants the Motion and finds that the Victim is deemed eligible to

receive Defined Monetary Assistance and has elected to receive Defined Monetary Assistance in DMA Claim #DMAVR-2026-000010 under 18 U.S.C. § 2259(d)(1)(B).

Therefore, pursuant to 18 U.S.C. § 2259(d)(1)(C), the Court hereby ORDERS that payment of Defined Monetary Assistance shall be made to the Victim from the Child Pornography Victims Reserve, established under § 1402(d)(6) of the Victims of Crime Act of 1984, in accordance with 18 U.S.C. § 2259(d)(1)(D).

The Court further orders Exhibit A, ECF No. 115, to remain sealed pursuant to 18 U.S.C. § 3509(d) to protect the privacy of the Victim.

IT IS SO ORDERED.

Sarala V. Nagala
Digitally signed by Sarala V. Nagala
Date: 2026.03.26 14:11:23 -04'00'

HON.  SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE